

**COUNTY OF SUFFOLK**

**STEVE BELLONE**
**SUFFOLK COUNTY EXECUTIVE**

**DENNIS M. BROWN**
**COUNTY ATTORNEY**

**DEPARTMENT OF LAW**

August 1, 2019

Hon. Joanna Seybert, U.S.D.J.
Eastern District of New York
Long Island Courthouse
100 Federal Plaza
Central Islip, New York 11722

Re: *Gonzalez v. County of Suffolk*
　CV09-1023 (JS)(GRB)

Dear Judge Seybert:

Pursuant to your electronic order of July 17, 2019, the parties submit this joint status report listing the witnesses the parties intend to call. The parties anticipate the trial taking between two and three weeks.

<u>Plaintiffs Witnesses</u>
1. Jennifer Gonzalez
2. Patricia Gonzalez
3. Idlefonso Lazo
4. Eric Mathius Melendez
5. Eric Melendez
6. P. O. John Newton
7. P. O. James Scimone
8. P. O. William Judge
9. P. O. Christopher Talt
10. P. O. Joseph Link
11. John Collins
12. Thomas Spota, District Attorney, County of Suffolk
13. Richard Dormer, Police Commissioner, County of Suffolk
14. Police Officer Mark Broderick
15. Dr. Yvonne Milewski
16. Police Officer Robert Koerber
17. Police Officer David Friedrich
18. Police Officer Lola Quesada
19. Police Officer Kathleen Cotter
20. Police Officer Joseph Zurl

**LOCATION**
**H. LEE DENNISON BLDG.**
**100 VETERANS MEMORIAL HIGHWAY** ♦

**MAILING ADDRESS**
**P.O. BOX 6100**
**HAUPPAUGE, NY 11788-0099** ♦

**(631) 853-4049**
**TELECOPIER (631) 853-5169**

Plaintiff's Expert Witnesses
1.Tim Longo
2.Dr. William Manion
3.Michael J. Vernarelli, P.D.

Defendants Witnesses

Detective Joh Newton,
Detective Christopher Talt,
Police Officer William Judge,
Sergeant James Scimone,
Police Officer Joseph Link
Detective Sergeant Robert Koerber  Retired
Police Officers Mark Broderick,
Police Officer Dave Friedrick,
Police Officer Joseph Zurl,
Police Officer Lola QuesedaQueseda
Police Offcier Kathleen Cotter
Medical Examiner Yvonne Milewsky
Civilian Lesley Brewster

We thank the Court for its consideration of this submission.

Respectfully submitted,

Dennis M. Brown
County Attorney

/s/ *Brian C. Mitchell*
By:  Brian C. Mitchell
Assistant County Attorney
Attorney for Defendants


/s/ *Frederick K. Brewington*
Frederick Brewington, Esq.
Attorney for Plaintiffs
Law Offices of Frederick Brewington
556 Peninsula Blvd.
Hempstead, New York 11550