**COUNTY OF SUFFOLK**



**STEVE BELLONE**
**SUFFOLK COUNTY EXECUTIVE**

**DENNIS M. COHEN**
**COUNTY ATTORNEY**

**DEPARTMENT OF LAW**

October 5, 2021

Hon. Steven Tiscione, U.S.M.J.
Eastern District of New York
Long Island Courthouse
100 Federal Plaza
Central Islip, New York 11722

Re: *Gonzalez v. County of Suffolk*
CV09-1023 (ST)

Dear Judge Tiscione,

Pursuant to your Honor's Order of July 7, 2021 (DE 92), the County defendants wish to respectfully advise the Court that the plaintiff timely served the County with the expert report of Dr. Zhongxhue Hua. Having reviewed the report, the County will not be deposing Dr. Hua, nor will we need to retain a rebuttal expert.

I thank the Court for its consideration of this submission.

Respectfully submitted,

Dennis M. Cohen
County Attorney

/s/ Brian C. Mitchell
By: Brian C. Mitchell
Assistant County Attorney

CC: All Counsel (via ECF)

**LOCATION**
**H. LEE DENNISON BLDG.**
**100 VETERANS MEMORIAL HIGHWAY** ♦ **MAILING ADDRESS**
**P.O. BOX 6100**
**HAUPPAUGE, NY 11788-0099** ♦ **(631) 853-4049**
**TELECOPIER (631) 853-5169**