**COUNTY OF SUFFOLK**



**STEVE BELLONE
SUFFOLK COUNTY EXECUTIVE**

**DENNIS M. BROWN**　　　　　　　　　　　　　　　　　　　　　　　　　　　　**DEPARTMENT OF LAW**
**ACTING COUNTY ATTORNEY**

June 20, 2023

Hon. Steven L. Tiscione, U.S.M.J.
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

    RE:    *Gonzalez et al. v. County of Suffolk et al.*
             CV-09-1023 (ST)

Dear Judge Tiscione:

In accordance with the Court's Scheduling Order filed on January 12, 2023 [Document 115], the parties are to file motions *in limine* and a list of relevant names, acronyms, and places. County defendants and counsel for plaintiff join in a request for a brief extension until June 22, 2023 to file these documents. The reason for the request is that counsel has had other matters, including two weeks of active military duty, which have required more attention than initially anticipated. Thank you very much for your consideration of this matter.

Respectfully submitted,

Dennis M. Brown
Acting County Attorney
/s/ Marc Lindemann
Marc Lindemann
Assistant County Attorney

cc:    Frederick K. Brewington, Esq.
        The Law Offices of Frederick K. Brewington
        556 Peninsula Boulevard
        Hempstead, New York 11550
        *By electronic filing*