UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------
PATRICIA GONZALEZ and JENNIFER
GONZALEZ, individually and as co-administrators
of the Estate of KENNY LAZO,

                Plaintiffs,

    -against-

COUNTY OF SUFFOLK, SUFFOLK POLICE
DEPARTMENT, POLICE COMMISSIONER
RICHARD DORMER, in his individual and
official capacity, POLICE OFFICER JOHN
NEWTON, in his individual and official capacity,
POLICE OFFICER JAMES SCIMONE, in his
individual and official capacity, POLICE
OFFICER WILLIAM JUDGE, in his individual
and official capacity, POLICE OFFICER
CHRISTOPHER TALT, in his individual and
official capacity, POLICE OFFICER JOSEPH
LINK, in his individual and official capacity,
COUNTY OF SUFFOLK OFFICE OF DISTRICT
ATTORNEY, SUFFOLK COUNTY DISTRICT
ATTORNEY THOMAS SPOTA, in his individual
and official capacity, ASST. DISTRICT
ATTORNEY JOHN B. COLLINS, in his
individual and official capacity, and "JOHN AND
JANE DOES 1-10" representing as yet unknown
and unidentified members of the Office of the
Suffolk County District Attorney (all in their
individual and official capacities as employees of
the Office of Suffolk County District Attorney),

                Defendants.
-------------------------------------------------------------------X

**Docket No.: CV-09-1023**
              **(ST)**

**VERDICT FORM**

# LIABILITY

Unlawful Arrest:

Question 1:

    Has plaintiff proved by a preponderance of the evidence that any of the Defendants arrested or seized him on April 12, 2008?

    YES_____    NO_____

    If you answered "Yes" to Question 1, proceed to Question 2.

    If you answered Question 1 "No," proceed to Question 3.

    2.    Have defendants proven by a preponderance of the evidence that on April 12, 2008 they had probable cause to arrest Kenny Lazo?

    YES_____    NO_____

    If you answered "Yes" to Question 2, do not answer Question 3 and proceed to Question 4. If you answered "No" to Question 2, answer Question 3.

    3.    Have any of the defendants proven by a preponderance of the evidence that he is entitled to a defense of qualified immunity in arresting Kenny Lazo?

| | | |
|---|---|---|
| JOHN NEWTON | YES _____ | NO_____ |
| JAMES SCIMONE | YES _____ | NO_____ |
| WILLIAM JUDGE | YES _____ | NO_____ |
| CHRISTOPHER TALT | YES _____ | NO_____ |
| JOSEPH LINK | YES _____ | NO_____ |

Proceed to Question 4.

Excessive Force:

Question 4:

    Has Plaintiff proven by a preponderance of the evidence that Kenny Lazo was subjected to excessive force by any of the Defendants?

2

| | | |
|---|---|---|
| JOHN NEWTON | YES _____ | NO_____ |
| JAMES SCIMONE | YES _____ | NO_____ |
| WILLIAM JUDGE | YES _____ | NO_____ |
| CHRISTOPHER TALT | YES _____ | NO_____ |
| JOSEPH LINK | YES _____ | NO_____ |

If your answer to Question 4 is "no," and you have answered "no" to all other questions above then proceed to Question 8. If your answer is "yes," to any question above then proceed to Question 5.

Question 5. Was defendants' use of excessive force a proximate cause of Kenny Lazo's injury?

YES_____ NO_____

Proceed to Question 6.

Failure to Intervene:

Question 6:

Has Plaintiff proven by a preponderance of the evidence that any Defendant, although having a realistic opportunity to do so, failed to intervene to prevent another Defendant from violating his constitutional rights?

| | | |
|---|---|---|
| JOHN NEWTON | YES _____ | NO_____ |
| JAMES SCIMONE | YES _____ | NO_____ |
| WILLIAM JUDGE | YES _____ | NO_____ |
| CHRISTOPHER TALT | YES _____ | NO_____ |
| JOSEPH LINK | YES _____ | NO_____ |

Proceed to Question 7.

Municipal Liability:

Question 7:

If you have answered "YES" as to any Defendant in Questions 1 through 6, has Plaintiff proven by a preponderance of the evidence that the conduct of such Defendant(s) resulted from a custom, pattern, policy, or practice of the County of Suffolk?

| | | |
|---|---|---|
| COUNTY OF SUFFOLK | YES _____ | NO_____ |

Proceed to Question 8
.
Wrongful Death:

Question 8:

Has Plaintiff proven by a preponderance of the evidence that Kenny Lazo was subjected to Wrongful Death by any of the Defendants?

| | | |
|---|---|---|
| JOHN NEWTON | YES _____ | NO_____ |
| JAMES SCIMONE | YES _____ | NO_____ |
| WILLIAM JUDGE | YES _____ | NO_____ |
| CHRISTOPHER TALT | YES _____ | NO_____ |
| JOSEPH LINK | YES _____ | NO_____ |
| COUNTY OF SUFFOLK | YES _____ | NO_____ |

Proceed to Question 9.

Battery:

Question 9:

Has Plaintiff proven by a preponderance of the evidence that Kenny Lazo was subjected to a Battery by any of the Defendants?

| | | |
|---|---|---|
| JOHN NEWTON | YES _____ | NO_____ |
| JAMES SCIMONE | YES _____ | NO_____ |
| WILLIAM JUDGE | YES _____ | NO_____ |

| CHRISTOPHER TALT | YES _____ | NO_____ |
| JOSEPH LINK | YES _____ | NO_____ |
| COUNTY OF SUFFOLK | YES _____ | NO_____ |

Proceed to Question 10.

Negligence:

Question 10:

Has Plaintiff proven by a preponderance of the evidence that any of the Defendants were negligent in their dealing with Kenny Lazo?

| JOHN NEWTON | YES _____ | NO_____ |
| JAMES SCIMONE | YES _____ | NO_____ |
| WILLIAM JUDGE | YES _____ | NO_____ |
| CHRISTOPHER TALT | YES _____ | NO_____ |
| JOSEPH LINK | YES _____ | NO_____ |
| COUNTY OF SUFFOLK | YES _____ | NO_____ |

If you have answered "YES" as to any Defendant in Questions 1 through 10, proceed to question 11.

**DAMAGES**

Unlawful Arrest and Seizure

Question 11:

Has Plaintiff proven by a preponderance of the evidence an entitlement to compensatory damages as a result of any Defendants' unlawful arrest and seizure ?

YES_____ NO_____

If you answered "YES", please proceed to Question 12. If you answered "NO", please proceed to Question 14.

Question 12:

State the total dollar amount of any actual compensatory damages that Plaintiff is entitled to on the unlawful arrest and seizure claim.

$ _____

Question 13:

For any Defendant for whom you answered "YES" in Question 3, identify the percentage, if any, of compensatory damages for which they are responsible. The total of the percentages must equal one hundred percent.

| | |
|---|---|
| JOHN NEWTON | % _____ |
| JAMES SCIMONE | % _____ |
| WILLIAM JUDGE | % _____ |
| CHRISTOPHER TALT | % _____ |
| JOSEPH LINK | % _____ |
| COUNTY OF SUFFOLK | % _____ |

Proceed to Question 14.

Excessive Force

Question 14: (Only answer this Question if you answered "YES" in Question 5. If not, proceed to Question 17.)

Has Plaintiff proven by a preponderance of the evidence that they are entitled to compensatory damages as a result of Kenny Lazo being subjected to excessive force?

YES _____

NO _____

If you answered "YES", please proceed to Question 15. If you answered "NO", please proceed to Question 17.

Question 15:

State the total dollar amount of any actual compensatory damages that Plaintiff is entitled to on his excessive force claim:

        Total:  $_____

Question 16:

For any Defendant for whom you answered "YES" in Question 4, identify the percentage, if any, of compensatory damages for which they are responsible. The total of the percentages must equal one hundred percent.

| | |
|---|---|
| JOHN NEWTON | % _____ |
| JAMES SCIMONE | % _____ |
| WILLIAM JUDGE | % _____ |
| CHRISTOPHER TALT | % _____ |
| JOSEPH LINK | % _____ |
| COUNTY OF SUFFOLK | % _____ |

Proceed to Question 17.

Failure to Intervene

Question 17: (Only answer this Question if you answered "YES" in Question 6. If not, proceed to Question 20.)

Has Plaintiff proven by a preponderance of the evidence that they are entitled to compensatory damages as a result of any Defendants' failure to intervene?

        YES_____    NO_____

If you answered "YES", please proceed to Question 18. If you answered "NO", please proceed to Question 20.

Question 18:

State the total dollar amount of any actual compensatory damages that Plaintiff is entitled to on their failure to intervene claim.

$ _____

Question 19:

For any Defendant for whom you answered "YES" in Question 6, identify the percentage, if any, of compensatory damages for which they are responsible. The total of the percentages must equal one hundred percent.

| | |
|---|---|
| JOHN NEWTON | % _____ |
| JAMES SCIMONE | % _____ |
| WILLIAM JUDGE | % _____ |
| CHRISTOPHER TALT | % _____ |
| JOSEPH LINK | % _____ |
| COUNTY OF SUFFOLK | % _____ |

Proceed to Question 20.

Wrongful Death:

Question 20: (Only answer this Question if you answered "YES" in Question 8. If not, proceed to Question 21.)

State the total dollar amount of any actual compensatory damages that Plaintiff is entitled to on their Wrongful Death claim.

$ _____

Proceed to Question 21.

Battery:

Question 21: (Only answer this Question if you answered "YES" in Question 9. If not, proceed to Question 22.)

State the total dollar amount of any actual compensatory damages that Plaintiff is entitled to on their Battery claim.

$ _____

Proceed to Question 22.

Negligence:

Question 22: (Only answer this Question if you answered "YES" in Question 9. If not, proceed to Question 23.)

State the total dollar amount of any actual compensatory damages that Plaintiff is entitled to on their Negligence claim.

$ _____

Punitive Damages:

Question 23: (Only answer this Question if you answered "YES" to any of Questions 1, 2, 3, 4, 5, 6, 8 or 9. If not, proceed no further.)

Has Plaintiff proven by a preponderance of the evidence that any Defendants violation of Kenny Lazo's civil rights, wrongful death or battery was malicious or wanton?

| | | |
|---|---|---|
| JOHN NEWTON | YES _____ | NO_____ |
| JAMES SCIMONE | YES _____ | NO_____ |
| WILLIAM JUDGE | YES _____ | NO_____ |
| CHRISTOPHER TALT | YES _____ | NO_____ |
| JOSEPH LINK | YES _____ | NO_____ |

If you answered "YES" as to any Defendant, proceed to Question 24. If you answered "NO" as to all Defendants, proceed no further.

Question 24: What amount of punitive damages, if any, do you award Plaintiff?

| | |
|---|---|
| JOHN NEWTON | $ _____ |
| JAMES SCIMONE | $ _____ |
| WILLIAM JUDGE | $ _____ |
| CHRISTOPHER TALT | $ _____ |
| JOSEPH LINK | $ _____ |

You have completed your deliberations. The Foreperson should date and sign below. Then you should advise the Court that you have completed your deliberations.

Dated: Central Islip, New York
August __, 2023

Signed:_____
Foreperson