UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

PATRICIA GONZALEZ and JENNIFER
GONZALEZ, individually and as co-administrators
of the Estate of KENNY LAZO,

                    Plaintiffs,

      -against-

COUNTY OF SUFFOLK, *et al.*,

                    Defendants.

-----------------------------------------------------------------X

**CV-09-1023** (ST)

## **VERDICT FORM**

Pursuant to Rule 49 of the Federal Rules of Civil Procedure, plaintiffs submit the following Proposed Verdict Sheet in connection with the trial of this action.

## **LIABILITY AND DAMAGES**

<u>False Arrest</u>:

1. Do you find that plaintiffs have proven by a preponderance of the evidence that any of the Defendants unlawfully arrested Kenny Lazo, Sr. on April 12, 2008?

| | | |
|---|---|---|
| JOHN NEWTON | YES _____ | NO _____ |
| JAMES SCIMONE | YES _____ | NO _____ |
| WILLIAM JUDGE | YES _____ | NO _____ |
| CHRISTOPHER TALT | YES _____ | NO _____ |

Regardless of your answer to Question 1, please proceed to Question 2.

Excessive Force:

2.  Do you find that plaintiffs have established, by a preponderance of the evidence, that any of the defendants used excessive force in violation of Kenny Lazo Sr.'s federal constitutional rights?

| | | |
|---|---|---|
| JOHN NEWTON | YES _____ | NO _____ |
| JAMES SCIMONE | YES _____ | NO _____ |
| WILLIAM JUDGE | YES _____ | NO _____ |

If your answer to Question 2 is "Yes" as to any defendant, you have found a verdict in plaintiffs' favor with respect to their excessive force claims, and you should proceed to Question 3. If the answer to Question 2 is "No" as to each of the defendants, you have found in favor of the defendants on this claim. Please proceed to Question 4

Failure to Intervene:

3.  Do you find that plaintiffs have proven by a preponderance of the evidence that any Defendant, although having a realistic opportunity to do so, failed to intervene to prevent another Defendant from violating Kenny Lazo, Sr.'s constitutional rights?

| | | |
|---|---|---|
| JOHN NEWTON | YES _____ | NO _____ |
| JAMES SCIMONE | YES _____ | NO _____ |
| WILLIAM JUDGE | YES _____ | NO _____ |

Deliberate Indifference to Provide Medical Care:

4.  Do you find that plaintiffs have proven by a preponderance of the evidence that any Defendant was deliberately indifferent in failing to timely provide Kenny Lazo, Sr. with necessary medical treatment on April 12, 2008 in violation of Kenny Lazo, Sr.'s constitutional rights?

| | | |
|---|---|---|
| JOHN NEWTON | YES _____ | NO_____ |
| JAMES SCIMONE | YES _____ | NO_____ |
| WILLIAM JUDGE | YES _____ | NO_____ |
| CHRISTOPHER TALT | YES _____ | NO_____ |
| JOSEPH LINK | YES _____ | NO_____ |

If you have answered "Yes" to Question 1 and/or Question 2 and/or Question 3 and/or Question 4" as to any defendant, please proceed to Question 5.

If you answered "No" as to all defendants in Questions 1, 2, 3, and 4 as to all defendants please proceed to Question 6.

<u>Municipal Liability as to Suffolk County:</u>

5. Do you find that Plaintiffs have proven by a preponderance of the evidence that the conduct of such Defendant(s) resulted from a custom, pattern, policy, or practice of the County of Suffolk?

YES _____   NO_____

Regardless of your answer to Question 5, please proceed to Question 6.

<u>Wrongful Death:</u>

6. Do you find that Plaintiffs have proven by a preponderance of the evidence that Kenny Lazo was subjected to Wrongful Death by any of the Defendants?

| | | |
|---|---|---|
| JOHN NEWTON | YES _____ | NO_____ |
| JAMES SCIMONE | YES _____ | NO_____ |
| WILLIAM JUDGE | YES _____ | NO_____ |
| CHRISTOPHER TALT | YES _____ | NO_____ |

| | | |
|---|---|---|
| JOSEPH LINK | YES _____ | NO_____ |
| COUNTY OF SUFFOLK | YES _____ | NO_____ |

Regardless of your answer to Question 6, please proceed to Question 7.

<u>Battery</u>:

7.  Do you find that Plaintiffs have proven by a preponderance of the evidence that one or more of the defendants subjected Kenny Lazo, Sr. to a Battery?

| | | |
|---|---|---|
| JOHN NEWTON | YES _____ | NO_____ |
| JAMES SCIMONE | YES _____ | NO_____ |
| WILLIAM JUDGE | YES _____ | NO_____ |
| CHRISTOPHER TALT | YES _____ | NO_____ |
| JOSEPH LINK | YES _____ | NO_____ |
| COUNTY OF SUFFOLK | YES _____ | NO_____ |

Regardless of your answer to Question 7, please proceed to Question 8.

<u>Negligence</u>:

8.  Do you find that Plaintiffs have established by a preponderance of the evidence that one or more of the defendants were negligent?

| | | |
|---|---|---|
| JOHN NEWTON | YES _____ | NO_____ |
| JAMES SCIMONE | YES _____ | NO_____ |
| WILLIAM JUDGE | YES _____ | NO_____ |
| CHRISTOPHER TALT | YES _____ | NO_____ |
| JOSEPH LINK | YES _____ | NO_____ |
| COUNTY OF SUFFOLK | YES _____ | NO_____ |

If you have answered "Yes" as to any defendant in Questions 1, 2, 3, 4, 5, 6, 7 or 8, please Proceed to Question 9. If you have answered "No" as to every defendant in Questions 1, 2, 3, 4, 5, 6, 7 or 8, you have found a verdict in the defendants' favor on all claims. Please proceed to the end of the Verdict Form and have the foreperson sign it.

<u>Compensatory Damages:</u>

9. What amount of damages have plaintiffs established that Kenny Lazo, Sr. sustained as a result of one or more of the defendants having unlawfully arrested and/or having used excessive force and/or failing to intervene and/or being deliberately indifferent in failing to timely provided necessary medical treatment, and/or battering, and/or being negligent as to Kenny Lazo, Sr. on April 12, 2008 during the course of Mr. Lazo's arrest, transport and detention?

$_____ physical injuries

$_____ conscious pain and suffering

$_____ mental suffering, emotional distress and psychological injury damages

$_____ loss of enjoyment of life

$_____ loss of earnings

$_____ funeral and burial expenses

If you have answered "Yes" to any of the Questions 1, 2, 3, 4, 5, 7 or 8, please proceed to Question 10. If you have answered "No" as to all Defendants to all the Questions 1, 2, 3, 4, 5, 7 and 8, you have found a verdict in the defendants' favor on all claims. Please proceed to the end of the Verdict Form and have the foreperson sign it.

<u>Punitive Damages Against State Actors:</u>

10. In addition to any compensatory damages you have awarded plaintiffs, do you find that one or more of the defendants should pay punitive damages? If so, please state the amount.

| | | | |
|---|---|---|---|
| JOHN NEWTON | YES _____ | NO _____ | $ _____ |
| JAMES SCIMONE | YES _____ | NO _____ | $ _____ |
| WILLIAM JUDGE | YES _____ | NO _____ | $ _____ |
| CHRISTOPHER TALT | YES _____ | NO _____ | $ _____ |
| JOSEPH LINK | YES _____ | NO _____ | $ _____ |

You have completed your deliberations. The Foreperson should date and sign below. Then you should advise the Court that you have completed your deliberations.

Dated: Central Islip, New York
August __, 2023

Signed:_____
Foreperson