UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

PATRICIA GONZALEZ and JENNIFER
GONZALEZ, individually and as co-
administrators of the Estate of KENNY LAZO,

                    Plaintiffs,

        -against-

COUNTY OF SUFFOLK, SUFFOLK
POLICE DEPARTMENT, POLICE
COMMISSIONER RICHARD DORMER, in
his individual and official capacity, POLICE
OFFICER JOHN NEWTON, in his individual
and official capacity, POLICE OFFICER
JAMES SCIMONE, in his individual and
official capacity, POLICE OFFICER
WILLIAM JUDGE, in his individual and
official capacity, POLICE OFFICER
CHRISTOPHER TALT, in his individual and
official capacity, POLICE OFFICER JOSEPH
LINK, in his individual and official capacity,
COUNTY OF SUFFOLK OFFICE OF
DISTRICT ATTORNEY, SUFFOLK
COUNTY DISTRICT ATTORNEY THOMAS
SPOTA, in his individual and official capacity,
ASST. DISTRICT ATTORNEY JOHN B.
COLLINS, in his individual and official
capacity, and "JOHN AND JANE DOES 1-10"
representing as yet unknown and unidentified
members of the Office of the Suffolk County
District Attorney (all in their individual and
official capacities as employees of the Office
of Suffolk County District Attorney),

                    Defendants.

**SPECIAL VERDICT FORM**

**Docket No.: CV-09-1023 (ST)**

GENERAL QUESTIONS

1. Did Mr. Lazo commit a vehicle and traffic law violation on April 12, 2008?

Yes _____     No _____

2. Did Mr. Lazo subject Detective Newton to physical contact with Mr. Lazo's elbow on April 12, 2008?

Yes _____     No _____

WITH RESPECT TO OFFICER WILLIAM JUDGE

1. Could Officer Judge reasonably perceive that Mr. Lazo had struck Detective Newton with Mr. Lazo's elbow?

Yes _____     No _____

2. When Officer Judge was attempting to place Mr. Lazo under arrest for striking Detective Newton on April 12, 2008, did Mr. Lazo struggle with him?

Yes _____     No _____

3. When Officer Judge was attempting to place Mr. Lazo under arrest for striking Detective Newton on April 12, 2008, did Mr. Lazo attempt to move toward the highway?

Yes _____     No _____

4. When Officer Judge was attempting to place Mr. Lazo under arrest for striking Detective Newton on April 12, 2008, did Mr. Lazo attempt to pull away when Officer Judge bearhugged him?

Yes _____     No _____

5. When Officer Judge was attempting to place Mr. Lazo under arrest for striking Detective Newton on April 12, 2008, did Mr. Lazo flail his arms?

Yes _____     No _____

6. When Officer Judge was attempting to place Mr. Lazo under arrest for striking Detective Newton on April 12, 2008, did Mr. Lazo lift his body from the ground?

Yes _____     No _____

7. When Officer Judge was attempting to place Mr. Lazo under arrest for striking Detective Newton on April 12, 2008, did Mr. Lazo refuse to place his hands behind his back?

Yes _____     No _____

8. When Officer Judge was attempting to place Mr. Lazo under arrest for striking Detective Newton on April 12, 2008, did Mr. Lazo disregard orders to stop resisting?

Yes _____     No _____

9. When Officer Judge was attempting to place Mr. Lazo under arrest for striking Detective Newton on April 12, 2008, did Mr. Lazo resist Officer Judge's efforts to handcuff him and place him into custody?

Yes _____     No _____


10. When Officer Judge was attempting to place Mr. Lazo under arrest for striking Detective Newton on April 12, 2008, did Officer Judge see or feel a tug on his gun holster?


11. Could Officer Judge reasonably believe that Mr. Lazo was going for Officer Judge's gun?

Yes _____     No _____


12. Did Officer Judge shout, "Gun! Gun! My gun!" while attempting to place Mr. Lazo under arrest for striking Detective Newton?

Yes _____     No _____


13. Could Officer Judge reasonably believe that Sergeant Scimone was in increasing danger of being run over by a motor vehicle while attempting to place Mr. Lazo under arrest for striking Detective Newton?

Yes _____     No _____

14. Could Officer Judge reasonably perceive there to be a threat to his life or to another's due to Mr. Lazo's hand being on or near Officer Judge's gun?

Yes _____   No _____

15. Could Officer Judge reasonably perceive there to be a threat to his life or to another's due to Mr. Lazo's movement toward the roadway?

16. Did Officer Judge have a reasonable opportunity to intervene in any use of force by Det. Newton and Sergeant Scimone?

Yes _____   No _____

17. Given the nature of Mr. Lazo's apparent physical injuries at the roadside at approximately 8:30 p.m. on April 12, 2008, was it reasonable that Officer Judge did not send Mr. Lazo to a hospital immediately?

Yes _____   No _____

18. Were additional medical resources available at the Third Precinct?

Yes _____   No _____

19. Did Officer Judge suffer physical injury on April 12, 2008 as a result of Mr. Lazo's actions?

Yes _____   No _____

WITH RESPECT TO DETECTIVE JOHN NEWTON

1. When Detective Newton was attempting to place Mr. Lazo under arrest for striking Detective Newton on April 12, 2008, did Mr. Lazo struggle with him?

Yes _____      No _____

2. When Detective Newton was attempting to place Mr. Lazo under arrest for striking Detective Newton on April 12, 2008, did Mr. Lazo attempt to move toward the highway?

Yes _____      No _____

3. When Detective Newton was attempting to place Mr. Lazo under arrest for striking Detective Newton on April 12, 2008, did Mr. Lazo flail his arms?

Yes _____      No _____

4. When Detective Newton was attempting to place Mr. Lazo under arrest for striking Detective Newton on April 12, 2008, did Mr. Lazo refuse to place his hands behind his back?

Yes _____      No _____

5. When Detective Newton was attempting to place Mr. Lazo under arrest for striking Detective Newton on April 12, 2008, did Mr. Lazo disregard orders to stop resisting?

Yes _____      No _____

6. When Detective Newton was attempting to place Mr. Lazo under arrest for striking Detective Newton on April 12, 2008, did Mr. Lazo resist Detective Newton's efforts to handcuff him and place him into custody?

Yes _____    No _____

7. When Detective Newton was attempting to place Mr. Lazo under arrest for striking Detective Newton on April 12, 2008, did Detective Newton hear Officer Judge yell, "Gun! Gun! My Gun!"?

8. Could Detective Newton reasonably believe that Mr. Lazo was going for Officer Judge's gun?

Yes _____    No _____

9. Could Detective Newton reasonably perceive there to be a threat to his life or to another's due to Mr. Lazo's hand being on or near Officer Judge's gun?

Yes _____    No _____

10. Could Detective Newton reasonably perceive there to be a threat to his life or to another's due to Mr. Lazo's movement toward the roadway?

11. Did Detective Newton have a reasonable opportunity to intervene in any use of force by Officer Judge and Sergeant Scimone?

Yes _____    No _____

12. Given the nature of Mr. Lazo's apparent physical injuries at the roadside at approximately 8:30 p.m. on April 12, 2008, was it reasonable that Detective Newton did not send Mr. Lazo to a hospital immediately?

Yes _____   No _____

13. Did Detective Newton suffer physical injury on April 12, 2008 as a result of Mr. Lazo's actions?

Yes _____   No _____

WITH RESPECT TO SERGEANT JAMES SCIMONE

1. Could Sergeant Scimone reasonably perceive that Mr. Lazo had struck Detective Newton with Mr. Lazo's elbow?

Yes _____   No _____

2. When Sergeant Scimone was attempting to place Mr. Lazo under arrest for striking Detective Newton on April 12, 2008, did Mr. Lazo struggle with him?

Yes _____   No _____

3. When Sergeant Scimone was attempting to place Mr. Lazo under arrest for striking Detective Newton on April 12, 2008, did Mr. Lazo attempt to move toward the highway?

Yes _____   No _____

4. When Sergeant Scimone was attempting to place Mr. Lazo under arrest for striking Detective Newton on April 12, 2008, did Mr. Lazo flail his arms?

Yes _____      No _____


5. When Sergeant Scimone was attempting to place Mr. Lazo under arrest for striking Detective Newton on April 12, 2008, did Mr. Lazo refuse to place his hands behind his back?

Yes _____      No _____


6. When Sergeant Scimone was attempting to place Mr. Lazo under arrest for striking Detective Newton on April 12, 2008, did Mr. Lazo disregard orders to stop resisting?

Yes _____      No _____


7. When Sergeant Scimone was attempting to place Mr. Lazo under arrest for striking Detective Newton on April 12, 2008, did Mr. Lazo resist Sergeant Scimone's efforts to handcuff him and place him into custody?

Yes _____      No _____


8. When Sergeant Scimone was attempting to place Mr. Lazo under arrest for striking Detective Newton on April 12, 2008, did Sergeant Scimone hear Officer Judge yell, "Gun! Gun! My Gun!"?

9. Could Sergeant Scimone reasonably believe that Mr. Lazo was going for Officer Judge's gun?

Yes _____      No _____

10. Could Sergeant Scimone reasonably perceive there to be a threat to his life or to another's due to Mr. Lazo's hand being on or near Officer Judge's gun?

Yes _____      No _____

11. Could Sergeant Scimone reasonably perceive there to be a threat to his life or to another's due to Mr. Lazo's movement toward the roadway?

12. Did Sergeant Scimone have a reasonable opportunity to intervene in any use of force by Officer Judge and Detective Newton?

Yes _____      No _____

13. Given the nature of Mr. Lazo's apparent physical injuries at the roadside at approximately 8:30 p.m. on April 12, 2008, was it reasonable that Sergeant Scimone did not send Mr. Lazo to a hospital immediately?

Yes _____      No _____

14. Given the nature of Sgt. Scimone's physical condition at the roadside at approximately 8:30 p.m. on April 12, 2008, was it reasonable that Sergeant Scimone did not send Mr. Lazo to a hospital immediately?

Yes _____      No _____

15. Given the nature of Mr. Lazo's resistance, was it reasonable that Sergeant Scimone sent Mr. Lazo directly to the Third Precinct?

Yes _____      No _____

16. Did Sergeant Scimone suffer physical injury on April 12, 2008 as a result of Mr. Lazo's actions?

Yes _____      No _____

WITH RESPECT TO OFFICER JOSEPH LINK

1. Did Officer Link believe that Mr. Lazo had been lawfully arrested when Officer Link searched Mr. Lazo in Officer Link's vehicle at the scene of the arrest?

Yes _____      No _____

2. Did Officer Link believe that Mr. Lazo had been lawfully arrested when Officer Link transported Mr. Lazo to the Third Precinct?

Yes _____      No _____

3. Did Officer Link believe that Mr. Lazo had been lawfully arrested when Officer Link recovered Mr. Lazo's pants?

Yes _____      No _____

4. Did Officer Link believe that Mr. Lazo had been lawfully arrested when Officer Link handcuffed Mr. Lazo to the interview room desk?

Yes _____   No _____

5. Given the nature of Mr. Lazo's apparent physical injuries at the roadside at approximately 8:30 p.m. on April 12, 2008, was it reasonable that Officer Link did not send Mr. Lazo to a hospital immediately?

Yes _____   No _____

6. Given the circumstances of the arrest scene, was it reasonable that Officer Link brought Mr. Lazo directly to the Third Precinct?

Yes _____   No _____

7. At the Third Precinct, did Mr. Lazo remove one earring while Officer Link helped him remove the other?

Yes _____   No _____

7. Given the nature of Mr. Lazo's apparent physical injuries at approximately 8:40 p.m. on April 12, 2008 in the Third Precinct, was it reasonable that Officer Link did not send Mr. Lazo to a hospital immediately?

Yes _____   No _____

12

WITH RESPECT TO DETECTIVE CHRISTOPHER TALT

1. Given his training and experience, did Detective Talt witness a transaction on West 1st Street that was consistent with a hand-to-hand drug transaction?

Yes _____    No _____

2. Did Detective Talt authorize a traffic stop of the blue Cadillac that was supported by a Vehicle and Traffic Law violation?

Yes _____    No _____

3. When Detective Talt first saw Mr. Lazo at approximately 8:50 p.m., given Mr. Lazo's apparent physical injuries at that time, was it reasonable that Detective Talt did not send Mr. Lazo to a hospital immediately?

Yes _____    No _____

4. Did Mr. Lazo request a cup of water from Detective Talt?

Yes _____    No _____

5. Did Detective Talt bring Mr. Lazo a cup of water?

Yes _____    No _____

6. Did Mr. Lazo drink the water that Detective Talt brought?

Yes _____    No _____

13

14

7. Did Mr. Lazo engage in conversation with Detective Talt?

Yes _____      No _____

8. When Mr. Lazo stopped engaging in conversation with Detective Talt, did Detective Talt seek medical assistance?

Yes _____      No _____