UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

PATRICIA GONZALEZ and JENNIFER
GONZALEZ, individually and as co-
administrators of the Estate of KENNY LAZO,

                    Plaintiffs,

          -against-

COUNTY OF SUFFOLK, SUFFOLK
POLICE DEPARTMENT, POLICE
COMMISSIONER RICHARD DORMER, in
his individual and official capacity, POLICE
OFFICER JOHN NEWTON, in his individual
and official capacity, POLICE OFFICER
JAMES SCIMONE, in his individual and
official capacity, POLICE OFFICER
WILLIAM JUDGE, in his individual and
official capacity, POLICE OFFICER
CHRISTOPHER TALT, in his individual and
official capacity, POLICE OFFICER JOSEPH
LINK, in his individual and official capacity,
COUNTY OF SUFFOLK OFFICE OF
DISTRICT ATTORNEY, SUFFOLK
COUNTY DISTRICT ATTORNEY THOMAS
SPOTA, in his individual and official capacity,
ASST. DISTRICT ATTORNEY JOHN B.
COLLINS, in his individual and official
capacity, and "JOHN AND JANE DOES 1-10"
representing as yet unknown and unidentified
members of the Office of the Suffolk County
District Attorney (all in their individual and
official capacities as employees of the Office
of Suffolk County District Attorney),

                    Defendants.

**AMENDED SPECIAL VERDICT
FORM**

**Docket No.: CV-09-1023 (ST)**

1

1. Please indicate whether any police officer reasonably believed that Mr. Lazo had committed a vehicle and traffic law violation on April 12, 2008?

Yes _____      No _____

2. Please indicate by checking the appropriate line whether any police officer reasonably believed that Mr. Lazo had subjected Detective Newton to contact with Mr. Lazo's elbow while on the passenger side of the blue Cadillac.

Newton _____          Judge _____          Scimone _____

3. When the officers were attempting to place Mr. Lazo under arrest for striking Detective Newton, did Mr. Lazo struggle with any of the officers?

Yes _____      No _____

4. When the officers were attempting to place Mr. Lazo under arrest for striking Detective Newton, did Mr. Lazo attempt to move toward the highway?

Yes _____      No _____

5. Please indicate by checking the appropriate line whether any officer reasonably believed that there was a danger of Mr. Lazo using Officer Judge's gun during the struggle.

Newton _____          Judge _____          Scimone _____

6. When the officers attempting to place Mr. Lazo under arrest for striking Detective Newton, did Mr. Lazo resist the officers' efforts to handcuff him and place him in custody?

Yes _____     No _____


7. Did the officers reasonably believe that anyone was in danger of being run over by a motor

vehicle while they attempting to place Mr. Lazo under arrest for striking Detective Newton?

Yes _____     No _____


8. Please indicate by checking the appropriate line whether any officer had a reasonable

opportunity to intervene in another officer's use of a flashlight in the struggle with Mr.. Lazo.

Newton _____          Judge _____          Scimone _____


9. Please indicate by checking the appropriate line whether any officer reasonably believed at the

arrest scene that Mr. Lazo's apparent physical injuries did not require immediate hospitalization?

Newton _____          Judge _____          Scimone _____          Link _____


10. Did Officer Link reasonably believe that Mr. Lazo had been lawfully arrested when Officer

Link searched Mr. Lazo in Officer Link's vehicle at the scene of the arrest?

Yes _____     No _____


11. Given the circumstances of the arrest scene, was it reasonable that Officer Link brought Mr.

Lazo directly to the Third Precinct?

Yes _____     No _____

12. Did Officer Link reasonably believe that Mr. Lazo had been lawfully arrested when Officer Link transported Mr. Lazo to the Third Precinct?

Yes _____      No _____

12. Did Detective Talt reasonably believe that Mr. Lazo had been lawfully arrested before Detective Talt interacted with Mr. Lazo at the Third Precinct?

Yes _____      No _____

13. Please indicate by checking the appropriate line whether any officer reasonably believed at the Precinct that Mr. Lazo's apparent physical injuries did not require immediate hospitalization?

Link _____               Talt _____

14. When Mr. Lazo stopped engaging in conversation with Detective Talt, did Detective Talt seek medical assistance?

Yes _____      No _____

Dated: Central Islip, NY                    _____
            August _____, 2023                    FOREPERSON'S SIGNATURE

4