STEVEN L. TISCIONE                                   DATE: 8/09/23
U.S. MAGISTRATE JUDGE                          TOTAL TIME: 6 hours and 42 minutes

# CIVIL CAUSE FOR JURY TRIAL

DOCKET NO.:        09-cv-1023

CASE NAME:        Gonzalez et al v. Suffolk County et al.

CT. REPORTER:    Lisa Schmid            DPT./CLERK: Gary Dunn

INTERPRETER:                                    LANGUAGE: English

APPEARANCES:    FOR PLAINTIFF: Frederick K. Brewington and Oscar Holt

FOR DEFENDANT: Marc A. Lindemann

_X_ COUNSEL **PRESENT**/NOT PRESENT:

_X_ CASE CALLED            __ PROSPECTIVE JURORS SWORN

__ JURY SELECTED         ___ SELECTION ADJOURNED TO _____

_X_ TRIAL BEGAN ON    7/25/23___   TRIAL ADJOURNED TO _____

_X_ OTHER:

Closing arguments heard from both parties.

Jury charged.

1