| | |
|---|---|
| STEVEN L. TISCIONE | DATE: 8/10/23 |
| U.S. MAGISTRATE JUDGE | TOTAL TIME: 7 hours and 41 minutes |

## CIVIL CAUSE FOR JURY TRIAL

DOCKET NO.:  09-cv-1023

CASE NAME:  Gonzalez et al v. Suffolk County et al.

CT. REPORTER:  Lisa Schmid          DPT./CLERK: Gary Dunn

INTERPRETER:                             LANGUAGE:  English

APPEARANCES:  FOR PLAINTIFF: Frederick K. Brewington and Oscar Holt

FOR DEFENDANT: Marc A. Lindemann

_X_ COUNSEL **PRESENT**/NOT PRESENT:

_X_ CASE CALLED          __ PROSPECTIVE JURORS SWORN

__ JURY SELECTED          ___ SELECTION ADJOURNED TO _____

_X_ TRIAL BEGAN ON     7/25/23___     TRIAL ADJOURNED TO _____

_X_ OTHER:

Jury began deliberations and returned verdict in favor of Plaintiffs on all counts.

Defendants shall file any post-trial motions within 90 days.